# EXHIBIT 1 -
## Complaint

**Int. Cls.: 9, 16, 25, 28, and 41**

**Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101, and 107**

**United States Patent and Trademark Office**

Reg. No. 3,645,027

Registered June 23, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# BLEACH

KABUSHIKI KAISHA SHUEISHA (JAPAN COR-
PORATION), TA SHUEISHA INC.,
5-10, HITOSUBASHI 2-CHOME
CHIYODA-KU
TOKYO, JAPAN

FOR: PRE-RECORDED MOTION PICTURE FILMS AND TELEVISION PROGRAMS FEATURING ANIMATED PERFORMANCES RECORDED ON VIDEO AND AUDIO DISCS, CD ROMS, COMPACT DISCS, AND DVDS; PRE-RECORDED VIDEO AND AUDIO DISCS, CD ROMS, COMPACT DISCS, AND DVDS, ALL FEATURING MUSIC AND ANIMATED PERFORMANCES; PRE-RECORDED VIDEO AND AUDIO DISCS, CD ROMS, COMPACT DISCS, DVDS FEATURING GAMES; VIDEO GAME SOFTWARE; INTERACTIVE VIDEO GAME PROGRAMS; SOFTWARE FOR PLAYING VIDEO GAMES; INTERACTIVE ENTERTAINMENT SOFTWARE FOR PLAYING VIDEO GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-24-2006; IN COMMERCE 10-24-2006.

FOR: PUBLICATIONS, NAMELY, GRAPHIC NOVELS, FICTION BOOKS, COMIC BOOKS, COMIC MAGAZINES, ART BOOKS, COFFEE TABLE BOOKS RELATING TO ART, COMICS, ANIMATION AND ENTERTAINMENT; SCHOOL AND OFFICE SUPPLIES, NAMELY, CALENDARS, GIFT BOOKS, NOTEBOOKS, POSTERS, STATIONERY AND STATIONERY TYPE PORTFOLIOS; TRADING CARDS; ART PRINTS; COLLECTIBLE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-5-2004; IN COMMERCE 5-5-2004.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS; FOOTWEAR, NAMELY, SHOES, SNEAKERS, ATHLETIC SHOES; TENNIS WEAR,

NAMELY, WRISTBANDS; OUTERWEAR, NAMELY, JACKETS, GLOVES; HEADWEAR, NAMELY, HATS, CAPS; MASQUERADE COSTUMES, MASQUERADE COSTUMES WITH MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-26-2006; IN COMMERCE 9-26-2006.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLAY FIGURES AND ACCESSORIES THEREFOR, TOY ACTION FIGURES AND ACCESSORIES THEREFOR, TOY FIGURES, TOY STATUETTES AND TOY FIGURINES MADE OF MOLDED PLASTIC, DOLLS AND ACCESSORIES THEREFOR, PLUSH TOYS, STUFFED TOYS, CARD GAMES, COLLECTABLE CARD GAMES, TOY CANDY DISPENSERS, PLAYING CARDS, COLLECTABLE GAME CARDS AND TRADING GAME CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-27-2006; IN COMMERCE 11-27-2006.

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND DISTRIBUTION OF MOTION PICTURES, FILMS, TELEVISION PROGRAMS, IN THE FIELDS OF ANIMATED ENTERTAINMENT; ENTERTAINMENT SERVICES, NAMELY, DISTRIBUTION OF ANIMATED AUDIO-VISUAL WORKS VIA THE INTERNET AND TELEVISION; PUBLICATION OF BOOKS, MAGAZINES, CARTOONS, COMIC STRIPS AND COMIC BOOKS; PROVIDING ONLINE ELECTRONIC PUBLICATIONS, NAMELY, MAGAZINES, NEWSLETTERS, GRAPHIC NOVELS, FICTION BOOKS AND COMIC BOOKS, IN THE FIELDS OF COMICS, GRAPHIC NOVELS, AND ANIMATED ENTERTAINMENT; PRODUCTION OF ANIMATED ENTERTAINMENT, NAMELY, MOTION PICTURES AND TELEVISION PROGRAMS; PROVIDING COMICS VIA THE INTERNET; PROVIDING INFORMATION ONLINE REGARDING

ANIMATED ENTERTAINMENT, COMPUTER GAMES AND COMICS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-5-2004; IN COMMERCE 5-5-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,056,396.

SN 78-854,573, FILED 4-5-2006.

RON FAIRBANKS, EXAMINING ATTORNEY