UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TV TOKYO CORPORATION,

Plaintiff,

v.

51 TIMES, et al.,

Defendants.

Civil Action No. 26-cv-3065

Hon. Loretta A. Preska

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendants Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendants are dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
|---|---|
| ETEBAS-US | 11 |
| muxian | 34 |
| Bay E Sen | 60 |
| chengxiaowenhua | 61 |
| MT Direct | 76 |
| QS Crafts | 79 |

The Clerk of Court shall close docket number 40.

SO ORDERED this 13 day of July, 2026.

[signature]

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE