**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TV TOKYO CORPORATION,

Plaintiff,

v.

51 TIMES, et al.,

Defendants.

Civil Action No. 26-cv-3065

Hon. Loretta A. Preska

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANT WITHOUT PREJUDICE**

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendant Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendant is dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
|---|---|
| HEWANG | 67 |

The Clerk of Court shall close ECF 49.

SO ORDERED this 3 day of August, 2026.

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE