AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

TV TOKYO CORPORATION

*Plaintiff(s)*

v.

51 TIMES, et al.

*Defendant(s)*

Civil Action No. 26-cv-3065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shegmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/2/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | 51 times | Amazon | A15NG2L1Z4QF2R |
| 2 | AMY Art | Amazon | AI7YPEGYLI2W2 |
| 3 | Anime MOjdi | Amazon | A36S00YH2I38CP |
| 4 | baodingshilianchiquhuiwushangmaoshangdian | Amazon | A1YFDG8MJTOPVI |
| 5 | Baoqianwangluo | Amazon | A3TFFZIV955BJA |
| 6 | Blade Forge Tools | Amazon | A3V0SVLAJU93B4 |
| 7 | BOBOFIG | Amazon | A18AJ0ZPEGCSHV |
| 8 | cosplaykingdomusa | Amazon | ARIADRBPLN0J |
| 9 | CosSeller | Amazon | A3NUTIFCYT0FWG |
| 10 | dingbge | Amazon | ARC2DO2IYLGQS |
| 11 | DISMISSED | DISMISSED | DISMISSED |
| 12 | faliliuyi | Amazon | A88ZT7ZI7UWGC |
| 13 | guangzhounuantaoshangmaoshanghang11 | Amazon | A3PYHR9A15X0V |
| 14 | GanSuShengDongLiGongYingLianYouXianGongSi | Amazon | A2XUWTFRC7LLV0 |
| 15 | gsh123 | Amazon | A1GO65LYZ2279K |
| 16 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi | Amazon | A2FYGRDAMPZEDI |
| 17 | guangzhouhualengshangmaoyouxiangongsi | Amazon | A3RUOXVUUQ21HG |
| 18 | guangzhoumeigengmaoyiyouxiangongsi | Amazon | A175HAV2X0MI8W |
| 19 | GuangZhouYuanHongMaoYiYouXianGongSi | Amazon | A2JN9YD7XV13ZN |
| 20 | haopeie42 | Amazon | A2PW7T11HSHGX3 |
| 21 | Heigguoj | Amazon | A2UFCFWO9IA7BU |
| 22 | HouZhui | Amazon | A2E1CGLZQC7R2 |
| 23 | jajisne | Amazon | A1BA6NWUKQC56Y |
| 24 | JIAMAO SHOP | Amazon | A2WQFYO5IWP0OI |
| 25 | jiangxianlinmushangmaoyouxiangongsi | Amazon | A283CBQJFEPZT |
| 26 | jiongduwuju | Amazon | A34G4REIGYDCDC |
| 27 | JJIWE | Amazon | A3U4SB2ORH9U6T |
| 28 | KAKAFIG | Amazon | A2P19ZX7JBQ4V5 |
| 29 | LianYingZhuangShiGongCheng | Amazon | A3NM7XTHEZGZBG |
| 30 | lijia357442 | Amazon | A1R68M3Y9611TT |
| 31 | LiuHaiYan547 | Amazon | A3BYXR4CGW36UU |
| 32 | liuyingmingdianpu | Amazon | A21BZHYJHE7D1N |
| 33 | LUVMEOW | Amazon | A1MO8W5YDBZGWI |
| 34 | DISMISSED | DISMISSED | DISMISSED |
| 35 | NanYangYuTangShangMao | Amazon | A1QGGBNKE4TLTK |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 36 | DISMISSED | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED | DISMISSED |
| 38 | DISMISSED | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED | DISMISSED |
| 40 | Ouroboros Art & Design | Amazon | A31YON3AQNVPPJ |
| 41 | putianchengxiangzhanbinbaoomaoyiyouxiangongsi | Amazon | A3Z57X39OP80R |
| 42 | qxcysmyxgs | Amazon | A2HPNMVA1W8MES |
| 43 | RuiSenSuJiaoZhiPin | Amazon | AW9F0XXPDC4DZ |
| 44 | sanmenxiajinlaishangmaoyouxiangongsi | Amazon | A69WK291LVL1C |
| 45 | shanxihuayuqichefuwuyouxiangongsi | Amazon | A38NY65G96WO9W |
| 46 | siraj trader | Amazon | AN633UHH5PCY6 |
| 47 | Supegn | Amazon | A3QQFUA8GYWPIB |
| 48 | DISMISSED | DISMISSED | DISMISSED |
| 49 | WanShiShengJianZhuGongCheng | Amazon | ARHYRBZD56Q7L |
| 50 | DISMISSED | DISMISSED | DISMISSED |
| 51 | wenchanglichongyiwangluokejiyouxiangongsi | Amazon | A33YOZLJFVGEDM |
| 52 | wse-us | Amazon | A3G3I7EIPZQFYJ |
| 53 | wzzdd | Amazon | A1E2WS3WYFWY6I |
| 54 | XiaMingTao Art | Amazon | A28OSZZGTPFYQH |
| 55 | DISMISSED | DISMISSED | DISMISSED |
| 56 | zhizunbaojiaju(zhongqing)youxiangongsi | Amazon | AHSQCUEV9IYCO |
| 57 | zhujishishangxueqizhenzhi | Amazon | A1AA7SKB5KJWH2 |
| 58 | Alicei | Walmart | 102750015 |
| 59 | baoshimiwang | Walmart | 102640538 |
| 60 | DISMISSED | DISMISSED | DISMISSED |
| 61 | DISMISSED | DISMISSED | DISMISSED |
| 62 | Cohen Toy Trading Company | Walmart | 102877304 |
| 63 | Colour new world | Walmart | 101280248 |
| 64 | CozyCove Grocery Store | Walmart | 102822373 |
| 65 | DreamClear | Walmart | 101654454 |
| 66 | haerbintieheshangmao | Walmart | 102491757 |
| 67 | DISMISSED | DISMISSED | DISMISSED |
| 68 | PTLNNNYBGFK | Walmart | 101692869 |
| 69 | hongbangrong | Walmart | 102872928 |
| 70 | KunKunFengYun | Walmart | 102905600 |
| 71 | lijuan huang | Walmart | 102912167 |
| 72 | liufengyi020 | Walmart | 102889479 |
| 73 | lizaoshangmao | Walmart | 102479728 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 74 | LUOANJ | Walmart | 102916869 |
| 75 | DISMISSED | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED | DISMISSED |
| 77 | qianyuefeng | Walmart | 102836214 |
| 78 | QKCK | Walmart | 101671340 |
| 79 | DISMISSED | DISMISSED | DISMISSED |
| 80 | Shunshunhei | Walmart | 102758945 |
| 81 | SP'HOME | Walmart | 102751216 |
| 82 | ToyVerse Co.,Ltd | Walmart | 102523886 |
| 83 | Yinheryp | Walmart | 102634612 |
| 84 | YUEIUE | Walmart | 102517067 |
| 85 | zhiyanfushi | Walmart | 102730789 |
| 86 | zikuowl | Walmart | 102806178 |
| 87 | Aesthetic tapestry | Temu | 634418224404234 |
| 88 | AGEVUKFLY | Temu | 634418227878073 |
| 89 | Aibao manufacturer wholesale | Temu | 634418222281648 |
| 90 | Angels Cry | Temu | 634418225838218 |
| 91 | APNEUMZA | Temu | 634418218664759 |
| 92 | AREMOJFA | Temu | 634418218665662 |
| 93 | ArtiCouture | Temu | 634418224097891 |
| 94 | ArtVoyant Workshop | Temu | 634418224197984 |
| 95 | AVSFQJFG | Temu | 634418218665585 |
| 96 | BBSHUTING | Temu | 634418219095205 |
| 97 | BDG Hat Shop | Temu | 634418221050662 |
| 98 | Beach Cuties | Temu | 634418224709032 |
| 99 | Beachy Bum Towels | Temu | 634418225755677 |
| 100 | BF Car sticker | Temu | 634418218435145 |
| 101 | Blanket Gremlin | Temu | 634418227795970 |
| 102 | blessing blanket | Temu | 634418226269812 |
| 103 | Buaty TTP | Temu | 634418223743148 |
| 104 | Calm blanket | Temu | 634418225888682 |
| 105 | Cheese Blanket | Temu | 634418223000453 |
| 106 | ChenCanvasPainting | Temu | 634418218611459 |
| 107 | Chlin Hat Shop | Temu | 634418222347765 |
| 108 | Cicada chirping flows among the green leaves | Temu | 634418228266100 |
| 109 | CJC Home Decoration | Temu | 634418225177359 |
| 110 | Classic Guys Tees | Temu | 634418218713691 |
| 111 | CloudSoft | Temu | 634418219731272 |
| 112 | clovercozy bankets | Temu | 634418227058568 |
| 113 | CLXLPH TWO | Temu | 634418225531961 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 114 | Comely Online | Temu | 634418219510368 |
| 115 | Cool Tee Co Two | Temu | 634418222073746 |
| 116 | CQHGFLY | Temu | 634418219224533 |
| 117 | CXDCC | Temu | 634418223475393 |
| 118 | DDFOIWN | Temu | 634418222388562 |
| 119 | Dericon | Temu | 634418227811065 |
| 120 | distributing | Temu | 634418220935909 |
| 121 | DIY HOME VIII | Temu | 634418223989319 |
| 122 | DOLUEAGBB | Temu | 634418220196515 |
| 123 | DISMISSED | DISMISSED | DISMISSED |
| 124 | Enjoy Home Factory | Temu | 634418219790837 |
| 125 | Fairies are cool | Temu | 634418227753281 |
| 126 | Fashion Print House | Temu | 634418218094063 |
| 127 | FKHFUDAA | Temu | 634418219329452 |
| 128 | Flora Flannel | Temu | 634418226895784 |
| 129 | Forty OUOUOU | Temu | 634418226675183 |
| 130 | FrostSoft Cover | Temu | 634418226302316 |
| 131 | Goat DIY | Temu | 634418219596427 |
| 132 | good abdcba | Temu | 634418228263458 |
| 133 | good abefdba | Temu | 634418227719833 |
| 134 | Good blanket | Temu | 634418225407377 |
| 135 | Goodcomb | Temu | 634418228043410 |
| 136 | Halcyon SS | Temu | 634418225837203 |
| 137 | Have Rice Flower LLC | Temu | 634418220062547 |
| 138 | HCYSX | Temu | 634418222235707 |
| 139 | HDDFSS | Temu | 634418220258879 |
| 140 | HESMENO | Temu | 634418218510435 |
| 141 | HGUJHUYPP | Temu | 634418219135772 |
| 142 | HGYKKHTG | Temu | 634418219124556 |
| 143 | HHOUOKAN | Temu | 634418218935521 |
| 144 | HKIJUYRR | Temu | 634418220183475 |
| 145 | HLKHBB | Temu | 634418221858527 |
| 146 | Home blankets | Temu | 634418227856283 |
| 147 | HUAN DIY HOME | Temu | 634418227938534 |
| 148 | HuiHuiWW | Temu | 634418219906341 |
| 149 | Huilang DIY | Temu | 634418220742610 |
| 150 | HuTuCc | Temu | 634418219893216 |
| 151 | hwayp | Temu | 634418218877328 |
| 152 | HYXAOPGG | Temu | 634418220263182 |
| 153 | HYXBNLKK | Temu | 634418220266327 |
| 154 | HYXBYFKK | Temu | 634418220267696 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 155 | HYXGHJTT | Temu | 634418220266738 |
| 156 | HYXIYKDD | Temu | 634418220267076 |
| 157 | HYXMNBVV | Temu | 634418220265324 |
| 158 | Insight Tshirt A | Temu | 634418220049785 |
| 159 | Jiangnan Cloth Factory | Temu | 634418219785786 |
| 160 | JIUJIUMM | Temu | 634418221490731 |
| 161 | JKEE Sport | Temu | 634418220249056 |
| 162 | Johnnys Homme | Temu | 634418221146131 |
| 163 | DISMISSED | DISMISSED | DISMISSED |
| 164 | juanjuan boutique | Temu | 634418227772901 |
| 165 | JUMUDD | Temu | 634418219835902 |
| 166 | JUSTHIS | Temu | 634418218234092 |
| 167 | JUTOUDD | Temu | 634418219855826 |
| 168 | kakawaii | Temu | 634418228237762 |
| 169 | Kangkangla | Temu | 634418221123642 |
| 170 | Kate the Great Demon King | Temu | 634418214844594 |
| 171 | KEEDTWXH | Temu | 634418219413469 |
| 172 | KGHYHUJTT | Temu | 634418219198562 |
| 173 | KHJUHGYY | Temu | 634418219137036 |
| 174 | KINWOER | Temu | 634418218506555 |
| 175 | KJUIJHGHJ | Temu | 634418219198483 |
| 176 | KJXABCCC | Temu | 634418222363066 |
| 177 | KJXABCDD | Temu | 634418222363793 |
| 178 | KJXABCGG | Temu | 634418222430364 |
| 179 | KJXABCLL | Temu | 634418222431285 |
| 180 | KKJFD | Temu | 634418220164226 |
| 181 | KNBWP | Temu | 634418220165101 |
| 182 | KOOGHKER | Temu | 634418218505380 |
| 183 | KUBNOTAN | Temu | 634418218935740 |
| 184 | L BaQueLin | Temu | 634418221268674 |
| 185 | Lemon Blanket | Temu | 634418224750826 |
| 186 | linhanxishop | Temu | 634418222234851 |
| 187 | LJBAA | Temu | 634418227329957 |
| 188 | LKJUIHYDD | Temu | 634418219285939 |
| 189 | LSFSSD | Temu | 634418221307937 |
| 190 | LZX ARt | Temu | 634418224383386 |
| 191 | MeowBurger | Temu | 634418219659059 |
| 192 | MJTOY | Temu | 634418215767495 |
| 193 | Mood Tapestry | Temu | 634418221234824 |
| 194 | NestLoom | Temu | 634418220721366 |
| 195 | NextGen Lab | Temu | 634418223194450 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 196 | ONG Blankets | Temu | 634418217775179 |
| 197 | Pleasing Blankets | Temu | 634418218983138 |
| 198 | QI QI Car sticker | Temu | 634418222386407 |
| 199 | DISMISSED | DISMISSED | DISMISSED |
| 200 | Urban Mirage Shop | Temu | 634418224911779 |

Civil Action No. 26-cv-3065

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 09/02/2026 .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

✔ Other *(specify)*: On May 15, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 2, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/30/2026

/s/Shengmao Mu

*Server's signature*

Shengmao Mu, Attorney

*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019

*Server's address*

Additional information regarding attempted service, etc: